| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Atlanta Pediatric Therapy, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
01-0646090

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6035 Peachtree Rd<br>Atlanta, GA 30360<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| DeKalb<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Atlanta Pediatric Therapy, Inc.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Atlanta Pediatric Therapy, Inc.** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Atlanta Pediatric Therapy, Inc.** Case number (*if known*)
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Atlanta Pediatric Therapy, Inc.**  Case number (*if known*)
Name

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 7, 2024**
MM / DD / YYYY

X **/s/ George Rosero**                                  **George Rosero**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Cameron M. McCord**                              Date  **February 7, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden, LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**        Email address  **info@joneswalden.com**

**143065 GA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Atlanta Pediatric Therapy, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Accolade Consultants** 8308 Dr Office Park Douglasville, GA 30134 | | | | | | $11,211.75 |
| **Availity** PO Box 844793 Dallas, TX 75284 | | | | | | $2,627.25 |
| **Capital One Spark Business** PO Box 60599 City of Industry, CA 91716 | | | | | | $15,720.34 |
| **CFG Merchant Solutions** 180 Maiden Ln Suite 1502 New York, NY 10038 | | | | | | $20,640.00 |
| **Cintas Fire** PO Box 636525 MO | | | | | | $400.21 |
| **E3 Diagnostics** 3333 N. Kennicott Ave Arlington Heights, IL 60004 | | | | | | $284.89 |
| **Eminent Funding, LLC** 1202 Avenue Ste 1115 Brooklyn, NY 11229 | | | | | | $16,873.00 |
| **Experity** 8777 Vlocity Dr Machesney Park, IL 61115 | | | | | | $600.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Atlanta Pediatric Therapy, Inc.**                          Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forest Captial**<br>**Post Office Box 978**<br>**Brooklandville, MD 21022** | | | | | | $15,961.00 |
| **Fundr**<br>**2999 NE 191st St,**<br>**Suite 701**<br>**Miami, FL 33180** | | | | | | $27,073.30 |
| **Jeong Oh America LLC**<br>**45 Old Peachtree Rd NW Ste 700**<br>**Suwanee, GA 30024** | | | | | | $37,750.81 |
| **Lending Funding Metrics**<br>**3220 Tillman Drive, Suite 200**<br>**Bensalem, PA 19020** | | | | | | $76,106.60 |
| **Lending Funding Metrics**<br>**3220 Tillman Drive, Suite 200**<br>**Bensalem, PA 19020** | | | | | | $35,190.68 |
| **Liquidibee 1 LLC**<br>**2999 NE 191st St**<br>**Suite 701**<br>**Miami, FL 33180** | | | | | | $11,349.45 |
| **Modio Health Inc.**<br>**2228 W. Great Neck Rd**<br>**Suite 205**<br>**Virginia Beach, VA 23451** | | | | | | $8,061.88 |
| **Raintree**<br>**30650 Rancho California Rd**<br>**Ste 406 # 208**<br>**Temecula, CA 92591** | | | | | | $255,600.00 |
| **Reminder.call**<br>**115 E. Stevens Ace**<br>**Suite 300**<br>**Valhalla, NY 10595** | | | | | | $2,766.45 |
| **RPT LLC**<br>**Promenade at Pleasant Hill**<br>**PO Box 350018**<br>**Duluth, GA 30096** | | | | | | $32,932.10 |
| **Sfax**<br>**PO Box 102011**<br>**Pasadena, CA 91189** | | | | | | $266.70 |

Debtor **Atlanta Pediatric Therapy, Inc.**       Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Small Business Administration**<br>**233 Peachtree St, NE**<br>**Ste 1900**<br>**Atlanta, GA 30303** | | **Accounts Receivable** | | $487,504.00 | $55,000.00 | $432,504.00 |

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Atlanta Pediatric Therapy, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Rosero** | **Equity** | **100** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 7, 2024**

Signature  **/s/ George Rosero**  
**George Rosero**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Accolade Consultants
8308 Dr Office Park
Douglasville, GA 30134

Availity
PO Box 844793
Dallas, TX 75284

Capital One Spark Business
PO Box 60599
City of Industry, CA 91716

CFG Merchant Solutions
180 Maiden Ln
Suite 1502
New York, NY 10038

Checkr
1 Montgomery St, Suite 2400
San Francisco, CA 94104

Cintas Fire
PO Box 636525
MO

E3 Diagnostics
3333 N. Kennicott Ave
Arlington Heights, IL 60004

Eminent Funding, LLC
1202 Avenue Ste 1115
Brooklyn, NY 11229

Experity
8777 Vlocity Dr
Machesney Park, IL 61115

Forest Captial
Post Office Box 978
Brooklandville, MD 21022


Fundr
2999 NE 191st St, Suite 701
Miami, FL 33180


Jeong Oh America LLC
45 Old Peachtree Rd NW Ste 700
Suwanee, GA 30024


Lending Funding Metrics
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Liquidibee 1 LLC
2999 NE 191st St Suite 701
Miami, FL 33180


Modio Health Inc.
2228 W. Great Neck Rd
Suite 205
Virginia Beach, VA 23451


Raintree
30650 Rancho California Rd
Ste 406 # 208
Temecula, CA 92591


Reminder.call
115 E. Stevens Ace
Suite 300
Valhalla, NY 10595


RPT LLC
Promenade at Pleasant Hill
PO Box 350018
Duluth, GA 30096

```
Sfax
PO Box 102011
Pasadena, CA 91189



Small Business Administration
233 Peachtree St, NE
Ste 1900
Atlanta, GA 30303



State Farm Insuarnce
PO Box 52251
```