**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Atlanta Pediatric Therapy, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **24-51457** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 29, 2024**       X **/s/ George Rosero**
_____
Signature of individual signing on behalf of debtor

**George Rosero**
_____
Printed name

**President**
_____
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **Atlanta Pediatric Therapy, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **24-51457**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $     **110,301.83**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $     **110,301.83**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     **959,185.89**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................    $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    +$     **568,010.03**

4.    **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b    $     **1,527,195.92**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Atlanta Pediatric Therapy, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**24-51457**__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank, N.A.** | **Checking** | **3105** | **$0.00** |
| 3.2. | **JPMorgan Chase Bank, N.A.** | **Checking** | **3097** | **$441.87** |
| 3.3. | **Truist Bank (-755.06)** | **Checking** | **8115** | **$0.00** |
| 3.4. | **Truist Bank** | **Checking** | **8123** | **$0.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $441.87 |
|---|

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Debtor   **Atlanta Pediatric Therapy, Inc.**                    Case number *(If known)*  **24-51457**
         Name

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.  **Security Deposit Doraville, GA Clinic Lease**                          **$3,475.00**

     7.2.  **Security Deposit Duluth, GA Clinic Lease**                             **$5,453.33**

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                    | **$8,928.33** |

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          **31,993.20**       -          **0.00**      = ....      **$31,993.20**
                                    face amount              doubtful or uncollectible accounts

      11b. Over 90 days old:             **2,827.23**        -          **0.00**      = ....      **$2,827.23**
                                    face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                   | **$34,820.43** |

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** | | | | |

| Debtor | **Atlanta Pediatric Therapy, Inc.** | | Case number *(if known)* **24-51457** |
|---|---|---|---|
| | Name | | |

| **Therapist Supplies/ Protocols** | | $0.00 | $633.92 |
|---|---|---|---|

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $633.92 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture** | $0.00 | Book Value | $13,148.56 |
| **Furniture and Fixtures** | $0.00 | Book Value | $22,328.72 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment (computers, telephone systems, printers)** | $0.00 | | $30,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $65,477.28 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number *(If known)* **24-51457** |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Copier (leased from Wells Fargo Equipment Finance) | $0.00 | | $0.00 |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor   **Atlanta Pediatric Therapy, Inc.**                                        Case number *(If known)*  **24-51457**
Name

| | | | |
|---|---|---|---|
| 55.1. | **6035 Peachtree Road**<br>**Suite C120**<br>**Doraville, GA 30360** | **Leasehold** | **$0.00** | **$0.00** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Atlanta Pediatric Therapy, Inc.**                                    Case number *(If known)*  **24-51457**
             Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $441.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,928.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $34,820.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $633.92 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $65,477.28 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $110,301.83 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $110,301.83 |

**Fill in this information to identify the case:**

Debtor name **Atlanta Pediatric Therapy, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **24-51457**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1  Atipana Credit** Creditor's Name | Describe debtor's property that is subject to a lien **Atipana Credit Opportunity Fund I, LP** | $29,873.30 | $0.00 |

**2.1  Atipana Credit**
Creditor's Name

**25 SE 2nd Ave
Ste 550 PMB 79
Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Atipana Credit Opportunity Fund I, LP**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  CFG Merchant Solutions**
Creditor's Name

**180 Maiden Ln
Suite 1502
New York, NY 10038**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**File # 007-2024-003898, January 24, 2024, Barrow County Clerk of Superior Court**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| | Amount of claim | Value of collateral |
|---|---|---|
| | $20,640.00 | $0.00 |

Debtor **Atlanta Pediatric Therapy, Inc.**
_____
Name

Case number (if known) **24-51457**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CSC, as rep** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**File # 038-2024-001263, January 17, 2024, Coweta County Clekr of Superior Court**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CSC, as rep** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**File # 038-2024-001344, January 17, 2024, Coweta County Clerk of Superior Court**

**P.O. Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System, as rep.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**File # 007-2023-059209, December 4, 2023, Barrow County Clerk of Superior Court**

**330 N Brand Blvd**
**Suite 700; Attn: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Debtor  **Atlanta Pediatric Therapy, Inc.**
_____
Name

Case number (if known)  **24-51457**
_____

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Eminent Funding, LLC** | Describe debtor's property that is subject to a lien | $16,873.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1202 Avenue Ste 1115
Brooklyn, NY 11229**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Forest Captial** | Describe debtor's property that is subject to a lien | $15,195.41 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Post Office Box 978
Brooklandville, MD 21022**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Funding Metrics, LLC (Lendini)** | Describe debtor's property that is subject to a lien | $35,190.68 | $0.00 |
|---|---|---|---|---|

Debtor    **Atlanta Pediatric Therapy, Inc.**                                    Case number (if known)    **24-51457**
_____                                         _____
Name

Creditor's Name

**1 Evertrust Plaza**
**Suite 1101**
**Jersey City, NJ 07302**                          **Describe the lien**
_____
Creditor's mailing address                         _____

                                                   **Is the creditor an insider or related party?**

                                                   ■ No
_____                    ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**

**Date debt was incurred**                         ☐ No

                                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply

■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| 2.9 | **Funding Metrics, LLC** | **Describe debtor's property that is subject to a lien** | **$76,106.60** | **$0.00** |
|-----|--------------------------|---------------------------------------------------------|----------------|-----------|

**(Lendini)**
Creditor's Name

**1 Evertrust Plaza**
**Suite 1101**
**Jersey City, NJ 07302**                          **Describe the lien**
_____
Creditor's mailing address                         _____

                                                   **Is the creditor an insider or related party?**

                                                   ■ No
_____                    ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**

**Date debt was incurred**                         ☐ No

                                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply

■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

| 2.10 | **Fundr Capital, Inc.** | **Describe debtor's property that is subject to a lien** | **$27,073.30** | **$0.00** |
|------|-------------------------|---------------------------------------------------------|----------------|-----------|

Creditor's Name

**43 W 23rd Street**
**New York, NY 10010**                             **Describe the lien**
_____
Creditor's mailing address                         _____

                                                   **Is the creditor an insider or related party?**

                                                   ■ No
_____                    ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**

**Date debt was incurred**                         ☐ No

                                                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number (*if known*) | **24-51457** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Lending Funding Metrics** | Describe debtor's property that is subject to a lien | **$35,190.68** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3220 Tillman Drive, Suite 200
Bensalem, PA 19020**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2273**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Lending Funding Metrics** | Describe debtor's property that is subject to a lien | **$76,106.60** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**3220 Tillman Drive, Suite 200
Bensalem, PA 19020**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
2728**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Liquidibee 1 LLC** | Describe debtor's property that is subject to a lien | **$11,349.45** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2999 NE 19th St.
Miami, FL 33180**

---

Debtor    **Atlanta Pediatric Therapy, Inc.**
_____
Name

Case number (if known)    **24-51457**

---

| Creditor's mailing address | Describe the lien | |
|---|---|---|
| | Is the creditor an insider or related party? | |
| Creditor's email address, if known | ■ No | |
| | ☐ Yes | |
| | Is anyone else liable on this claim? | |
| **Date debt was incurred** | ☐ No | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.14 | **Payroll Funding Company LLC** | Describe debtor's property that is subject to a lien | **$128,082.07** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **File # 044-2023-004098, July 12, 2023, Dekalb County Clerk of Superior Court** | | |
| | **10956 Viaje Avenue Las Vegas, NV 89135** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.15 | **U.S. Small Business Admin.** | Describe debtor's property that is subject to a lien | **$487,504.00** | **$55,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **Accounts Receivable File #038-2020-028328, June 22, 2020, Coweta County Clerk of Superior Court** | | |
| | **2 North Street, Suite 320 Birmingham, AL 35203** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |

---

Debtor    **Atlanta Pediatric Therapy, Inc.**                                    Case number (if known)    **24-51457**
_____Name

■ No
☐ Yes. Specify each creditor,      ☐ Contingent
including this creditor and its relative      ☐ Unliquidated
priority.      ☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$959,185.89** |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 7

**Fill in this information to identify the case:**

Debtor name     **Atlanta Pediatric Therapy, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **24-51457**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Chris Carr, Attorney Genr'l GA**<br>**Office of the Attorney General**<br>**40 Capitol Square, SW**<br>**Atlanta, GA 30334** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Georgia Deparment of Revenue**<br>**Taxpayer Services Division**<br>**P.O. Box 105499**<br>**Atlanta, GA 30348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number (if known) | **24-51457** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Georgia Department of Labor**
**Suite 900**
**148 Andew Young Internat'l Blv**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Office of the Chief Co. IRS**
**1111 Constitution Ave**
**Washington, DC 20224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**U.S. Attorney**
**600 Richard B. Russell Buildin**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**U.S. Attorney General**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number (if known) | **24-51457** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,211.75 |
|---|---|---|---|

**Accolade Consultants**
**8308 Dr Office Park**
**Douglasville, GA 30134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,530.65 |
|---|---|---|---|

**Applied Pediatrics Inc.**
**6035 Peachtree Road**
**Ste. C120**
**Atlanta, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,627.25 |
|---|---|---|---|

**Availity**
**PO Box 844793**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,720.34 |
|---|---|---|---|

**Capital One Spark Business**
**Attn: Ricahrd D. Fairbank**
**1680 Capital One Dr.**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.00 |
|---|---|---|---|

**Checkr**
**1 Montgomery St, Suite 2400**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.21 |
|---|---|---|---|

**Cintas Fire**
**PO Box 636525**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.89 |
|---|---|---|---|

**E3 Diagnostics**
**3333 N. Kennicott Ave**
**Arlington Heights, IL 60004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Good Sold

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number (if known) | **24-51457** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Experity**
**8777 Vlocity Dr**
**Machesney Park, IL 61115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,750.81** |
|---|---|---|---|

**Jeong Oh America LLC**
**45 Old Peachtree Rd NW Ste 700**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,061.88** |
|---|---|---|---|

**Modio Health Inc.**
**2228 W. Great Neck Rd**
**Suite 205**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255,600.00** |
|---|---|---|---|

**Raintree**
**30650 Rancho California Rd**
**Ste 406 # 208**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,766.45** |
|---|---|---|---|

**Reminder.call**
**115 E. Stevens Ace**
**Suite 300**
**Valhalla, NY 10595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,932.10** |
|---|---|---|---|

**RPT LLC**
**Promenade at Pleasant Hill**
**PO Box 350018**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No   ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266.70** |
|---|---|---|---|

**Sfax**
**PO Box 102011**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number (if known) | **24-51457** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 568,010.03 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 568,010.03 |

**Fill in this information to identify the case:**

Debtor name    **Atlanta Pediatric Therapy, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **24-51457**

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    �■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Doraville, GA Clinic Lease**<br>**6305 Peachtree Raod**<br>**Suite C120**<br>**Doraville, GA 30360** |
| State the term remaining | |
| List the contract number of any government contract | **Jeong Oh America LLC**<br>**45 Old Peachtree Rd NW Ste 700**<br>**Suwanee, GA 30024** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** |
| State the term remaining | |
| List the contract number of any government contract | **Wells Fargo Equipment Finance**<br>**733 Marquette Ave., Suite 700**<br>**MAC N9306-070**<br>**Minneapolis, MN 55402** |

**Fill in this information to identify the case:**

Debtor name  **Atlanta Pediatric Therapy, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number (if known)  **24-51457**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | George Rosero | 1740 Centry Circle NE Apt. 1375 Atlanta, GA 30345 | Atipana Credit | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | George Rosero | 1740 Centry Circle NE Apt. 1375 Atlanta, GA 30345 | CFG Merchant Solutions | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.3 | George Rosero | 1740 Centry Circle NE Apt. 1375 Atlanta, GA 30345 | Eminent Funding, LLC | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.4 | George Rosero | 1740 Centry Circle NE Apt. 1375 Atlanta, GA 30345 | Forest Captial | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Atlanta Pediatric Therapy, Inc.** | Case number *(if known)* | **24-51457** |

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Funding Metrics, LLC<br>(Lendini) | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Funding Metrics, LLC<br>(Lendini) | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Fundr Capital, Inc. | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Lending Funding<br>Metrics | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Lending Funding<br>Metrics | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Liquidibee 1 LLC | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | George Rosero<br>1740 Centry Circle NE<br>Apt. 1375<br>Atlanta, GA 30345 | Payroll Funding<br>Company LLC | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Atlanta Pediatric Therapy, Inc.** | | Case number *(if known)* | **24-51457** |
|---|---|---|---|---|

---

**█** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

2.12 **George Rosero**    1740 Centry Circle NE
Apt. 1375
Atlanta, GA 30345

**U.S. Small Business Admin.**

- ■ D __2.15__
- ☐ E/F _____
- ☐ G _____

---

2.13 **George Rosero**    1740 Centry Circle NE
Apt. 1375
Atlanta, GA 30345

**RPT LLC**

- ☐ D _____
- ■ E/F __3.13__
- ☐ G _____

---

2.14 **Kimberly Rosero**    1551 Crestline Drive NE
Atlanta, GA 30345

**RPT LLC**

- ☐ D _____
- ■ E/F __3.13__
- ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name **Atlanta Pediatric Therapy, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **24-51457**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $90,784.35 |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $1,578,441.40 |
| **For year before that:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $1,704,885.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor  **Atlanta Pediatric Therapy, Inc.**                                      Case number *(if known)*  **24-51457**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fundr Capital, Inc.** **43 W 23rd Street** **New York, NY 10010** | **11/9/23-2/7/2 4** | **$23,451.24** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | **CFG Merchant Solutions** **180 Maiden Ln** **Suite 1502** **New York, NY 10038** | **11/9/23-2/7/2 4** | **$15,744.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | **Forest Captial** **Post Office Box 978** **Brooklandville, MD 21022** | **11/9/23-2/7/2 4** | **$9,014.61** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. | **Jeong Oh America LLC** **45 Old Peachtree Rd NW Ste 700** **Suwanee, GA 30024** | **11/9/23-2/7/2 4** | **$12,241.73** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. | **Jones & Walden, LLC** **699 Piedmont Ave, NE** **Atlanta, GA 30308** | **2/7/24** | **$12,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Applied Pediatrics Inc.** **6035 Peachtree Road** **Ste. C120** **Atlanta, GA 30360** **George Rosereo is 100% owner of** **Applied Pediatrics** | 2/7/23-2/7/24 | $199,530.65 | **(Balance Amount)** **See Ledger** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Atlanta Pediatric Therapy, Inc.** | | Case number *(if known)* **24-51457** |

| | Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|---|

■ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RPT Realty, L.P. v. Atlanta Pediatric Thearpy, Inc., George Rosero, and Kimberly Rosero**<br>**23CV10533** | **Breach of Contract (Promenade at Pleasant Hill, Duluth, GA Lease)** | **Superior Court of Dekalb County**<br>**556 N. McDonough Street**<br>**Decatur, GA 30030** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Debtor   **Atlanta Pediatric Therapy, Inc.**                                      Case number *(if known)*   **24-51457**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones & Walden, LLC** **699 Piedmont Ave, NE** **Atlanta, GA 30308** | | **2/7/2024** | **$12,000.00** |
| | **Email or website address** **joneswalden.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Promenade at Plesant Hill** **Space NO A-102** **Duluth, GA 30096** | **10/17/2022 to 8/2023** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   **Atlanta Pediatric Therapy, Inc.**                                    Case number *(if known)*  **24-51457**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

**First and Last Name**
**Physical Address**
**Email Address**

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | **XXXX-3113** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/5/24** | **$0.00** |
| 18.2. | **JP Morgan Chase Bank**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | **XXXX-3121** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/5/24** | **$0.00** |
| 18.3. | **JP Morgan Chase Bank**<br>**PO Box 15369**<br>**Wilmington, DE 19850** | **XXXX-3139** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/5/24** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Atlanta Pediatric Therapy, Inc. | | Case number *(if known)*  24-51457 |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Gaurdian Self Storage**<br>**5305 Peachtree Blvd**<br>**Atlanta, GA 30341** | **George Rosero**<br>**1740 Century Cir. NE**<br>**Apt. 1375**<br>**Atlanta, GA 30345** | **Furniture, old patient records** | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Debtor | Atlanta Pediatric Therapy, Inc. | Case number *(if known)* 24-51457 |
| --- | --- | --- |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1. **Jaypee Lacson**<br>**#628 Sitio Calero Tibag**<br>**Tarlac City, Philippines** | **May 2022 - Present** |
| 26a.2. **Shawn Orth, CPA (Lacey & Orth**<br>**151 Locust Street**<br>**Avondale Estates, GA 30002** | **2018 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. **Jaypee Lacson**<br>**#628 Sitio Calero Tibag**<br>**Tarlac City, Philippines** | |
| 26c.2. **Shawn Orth, CPA (Lacey & Orth**<br>**151 Locust Street**<br>**Avondale Estates, GA 30002** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1. **Atipana Credit**<br>**25 SE 2nd Ave**<br>**Ste 550 PMB 79**<br>**Miami, FL 33131** |

Debtor    **Atlanta Pediatric Therapy, Inc.**                                Case number *(if known)*  **24-51457**

| Name and address |
|---|
| 26d.2.   **CFG Merchant Solutions**<br>**180 Maiden Ln**<br>**Suite 1502**<br>**New York, NY 10038** |
| 26d.3.   **Eminent Funding, LLC**<br>**1202 Avenue Ste 1115**<br>**Brooklyn, NY 11229** |
| 26d.4.   **Forest Captial**<br>**Post Office Box 978**<br>**Brooklandville, MD 21022** |
| 26d.5.   **Funding Metrics, LLC (Lendini)**<br>**1 Evertrust Plaza**<br>**Suite 1101**<br>**Jersey City, NJ 07302** |
| 26d.6.   **Fundr Capital, Inc.**<br>**43 W 23rd Street**<br>**New York, NY 10010** |
| 26d.7.   **Lending Funding Metrics**<br>**3220 Tillman Drive, Suite 200**<br>**Bensalem, PA 19020** |
| 26d.8.   **Liquidibee 1 LLC**<br>**2999 NE 19th St.**<br>**Miami, FL 33180** |
| 26d.9.   **Payroll Funding Company LLC**<br>**10956 Viaje Avenue**<br>**Las Vegas, NV 89135** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **George Rosero** | **1740 Centry Circle NE**<br>**Apt. 1375**<br>**Atlanta, GA 30345** | **President and CEO, Equity** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Atlanta Pediatric Therapy, Inc.**                                    Case number *(if known)*  **24-51457**

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **George Rosero**<br>**1740 Centry Circle NE**<br>**Apt. 1375**<br>**Atlanta, GA 30345** | **48,000.00** | **2/7/23-2/7/24** | **Compensation** |
| | **Relationship to debtor**<br>**President, CEO, 100% owner** | | | |
| 30.2. | **George Rosero**<br>**1740 Centry Circle NE**<br>**Apt. 1375**<br>**Atlanta, GA 30345** | **33,292.04** | **2/7/23 - 2/7/24** | **Distributions** |
| | **Relationship to debtor**<br>**President, CEO, 100% owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 29, 2024**

**/s/ George Rosero**                                    **George Rosero**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**SOFA #4**

Atlanta Pediatric Therapy
Transaction Report
February 7, 2023 - February 7, 2024

| Date | Memo/Description | Account | Split | Amount |
|------|-----------------|---------|-------|--------|
| 02/07/2023 | To close the AR from AP | Due To Applied Pediatrics, Inc | -Split- | -525.00 |
| 02/07/2023 | To close the AR from AP | Due To Applied Pediatrics, Inc | -Split- | -700.00 |
| 02/07/2023 | Online Transfer to CHK ...1561 t transaction#: 16500445694 02/07 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -318.40 |
| 02/07/2023 | Online Transfer to CHK ...1579 t transaction#: 16500455638 02/07 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,200.00 |
| 02/08/2023 | Online Transfer to CHK ...1561 t transaction#: 16513787021 02/08 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -6,100.00 |
| 02/09/2023 | To Transfer the Balance amount of payable paid by ERC to AP | Due To Applied Pediatrics, Inc | -Split- | -58,525.07 |
| 02/09/2023 | Online Transfer to CHK ...1561 t transaction#: 16522746444 02/09 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 02/10/2023 | Online Transfer to CHK ...1561 t transaction#: 16535166399 02/10 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,543.33 |
| 02/10/2023 | Online Transfer to CHK ...1579 t transaction#: 16533918756 02/10 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,350.00 |
| 02/13/2023 | Online Transfer to CHK ...1561 t transaction#: 16563068483 02/13 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -215.38 |
| 02/14/2023 | Online Transfer to CHK ...1579 t transaction#: 16572555389 02/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,194.52 |
| 02/14/2023 | Online Transfer to CHK ...1561 t transaction#: 16576293895 02/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -16,000.00 |
| 02/14/2023 | Online Transfer to CHK ...1561 t transaction#: 16572556144 02/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 02/16/2023 | Online Transfer from CHK ...1579 transaction#: 16595889969 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | 17,000.00 |
| 02/16/2023 | Online Transfer to CHK ...1561 t transaction#: 16598818992 02/16 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -510.00 |
| 02/16/2023 | Online Transfer to CHK ...1561 t transaction#: 16593055094 02/16 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -25,000.00 |
| 02/17/2023 | Online Transfer to CHK ...1561 t transaction#: 16608027099 02/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,500.00 |
| 02/17/2023 | Online Transfer to CHK ...1579 t transaction#: 16607802760 02/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,000.00 |
| 02/22/2023 | Online Transfer to CHK ...1561 t transaction#: 16645874272 02/22 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,000.00 |
| 02/23/2023 | Online Transfer to CHK ...1579 t transaction#: 16655968942 02/23 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,100.00 |
| 02/23/2023 | Online Transfer to CHK ...1561 t transaction#: 16655984328 02/23 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,400.00 |
| 02/23/2023 | Online Transfer to CHK ...1561 t transaction#: 16655181679 02/23 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -100.00 |
| 02/24/2023 | Online Transfer to CHK ...1561 t transaction#: 16661072763 02/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,000.00 |
| 02/28/2023 | Online Transfer to CHK ...1579 t transaction#: 16693053758 02/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,695.35 |
| 02/28/2023 | Online Transfer to CHK ...1561 t transaction#: 16699855800 02/28 ORIG CO NAME:CAPITAL ONE ORIG ID:9279744380 DESC DATE:230228 CO ENTRY DESCR:MOBILE PMTSEC:WEB TRACE#:056073619861660 EED:230301 IND ID:3R6G41UFXM0728Q IND NAME:GEORGE S ROSERO TRN: 0599861660TC | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -650.00 |
| 03/01/2023 | Online Transfer to CHK ...1561 t transaction#: 16706654695 03/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| 03/01/2023 | | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,400.00 |
| 03/02/2023 | Online Transfer to CHK ...1561 t transaction#: 16721861524 03/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 03/03/2023 | Online Transfer to CHK ...1561 t transaction#: 16729450651 03/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -188.88 |
| 03/03/2023 | Online Transfer to CHK ...1579 t transaction#: 16728337077 03/03 ONLINE DOMESTIC WIRE TRANSFER VI A: BK AMER NYC/026009593 A/C: UNITED EMPLOYEE SERVICES CLEARWATER FL 33763 US REF: ATLANTAPEDIATRICTHERAPY PAYROLL BALANCE IMAD: 0303B1QGC07C009367 TRN: 3223723062ES 03/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,614.77 |
| 03/03/2023 | | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -632.21 |
| 03/06/2023 | Online Transfer to CHK ...1561 t transaction#: 16749751085 03/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -300.00 |
| 03/07/2023 | Online Transfer to CHK ...1579 t transaction#: 16763150489 03/07 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -3,412.10 |
| 03/08/2023 | Online Transfer to CHK ...1561 t transaction#: 16772401646 03/08 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,000.00 |
| 03/08/2023 | Online Transfer to CHK ...1561 t transaction#: 16771419996 03/08 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -600.00 |
| 03/10/2023 | Online Transfer to CHK ...1561 t transaction#: 16790538853 03/10 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| 03/10/2023 | Online Transfer to CHK ...1579 t transaction#: 16790521361 03/10 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -4,400.00 |
| 03/10/2023 | Online Transfer to CHK ...1561 t transaction#: 16794205184 03/10 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -750.00 |
| 03/14/2023 | Online Transfer to CHK ...1561 t transaction#: 16822599344 03/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -750.00 |
| 03/14/2023 | Online Transfer to CHK ...1579 t transaction#: 16822151942 03/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,500.00 |
| 03/14/2023 | Online Transfer to CHK ...1561 t transaction#: 16820823423 03/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -749.12 |
| 03/14/2023 | Online Transfer to CHK ...1561 t transaction#: 16825500632 03/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -8,600.00 |
| 03/16/2023 | Zelle payment to Claire Abel JPM 999u4pbza | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -325.00 |
| 03/17/2023 | Online Transfer to CHK ...1561 t transaction#: 16850417118 03/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,200.00 |
| 03/17/2023 | Online Transfer to CHK ...1561 t transaction#: 16852973370 03/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,100.00 |

| Date | Description | Name | Account | Amount |
|---|---|---|---|---|
| 03/20/2023 | Online Transfer to CHK ...1579 t ransaction#: 16873015348 03/20 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,200.00 |
| 03/21/2023 | Online Transfer to CHK ...1561 t ransaction#: 16880423632 03/21 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -24.76 |
| 03/24/2023 | Online Transfer to CHK ...1561 t ransaction#: 16907722549 03/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,500.00 |
| 03/24/2023 | Online Transfer to CHK ...1561 t ransaction#: 16908208653 03/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -150.00 |
| 03/24/2023 | Online Transfer to CHK ...1579 t ransaction#: 16906126334 03/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,041.48 |
| 03/28/2023 | Online Transfer to CHK ...1579 t ransaction#: 16935184031 03/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,609.33 |
| 03/30/2023 | Online Transfer to CHK ...1579 t ransaction#: 16954115510 03/30 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,000.00 |
| 03/31/2023 | Online Transfer to CHK ...1579 t ransaction#: 16961511561 03/31 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,300.00 |
| 03/31/2023 | Angela Lee Supervision Fee 2/15-28/2023 | Due To Applied Pediatrics, Inc | -Split- | -100.00 |
| 04/03/2023 | Online Transfer to CHK ...1561 t ransaction#: 16996223884 04/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 04/04/2023 | Online Transfer to CHK ...1579 t ransaction#: 17002391230 04/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -897.92 |
| 04/04/2023 | Online Transfer to CHK ...1561 t ransaction#: 17002396890 04/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -81.00 |
| 04/05/2023 | Online Transfer to CHK ...1579 t ransaction#: 17012822807 04/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -419.03 |
| 04/06/2023 | Online Transfer to CHK ...1561 t ransaction#: 17018358879 04/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -775.00 |
| 04/06/2023 | Online ACH Payment 11015661176 T o MariamMoldenhauer (_#######86591) - Mariam 2nd Invoice for period of 2/15-28/2023 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -350.00 |
| 04/06/2023 | Online Transfer to CHK ...1561 t ransaction#: 17022838154 04/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 04/07/2023 | Online Transfer to CHK ...1579 t ransaction#: 17029515321 04/07 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,895.35 |
| 04/10/2023 | Online Transfer to CHK ...1561 t ransaction#: 17038573390 04/10 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 04/11/2023 | Online Transfer to CHK ...1579 t ransaction#: 17059402052 04/11 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -4,609.33 |
| 04/12/2023 | Online Transfer to CHK ...1561 t ransaction#: 17067034414 04/12 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -400.00 |
| 04/13/2023 | Online Transfer to CHK ...1579 t ransaction#: 17075967150 04/13 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -18,621.88 |
| 04/13/2023 | Online Transfer to CHK ...1579 t ransaction#: 17076764591 04/13 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -7,500.00 |
| 04/17/2023 | Online Transfer to CHK ...1561 t ransaction#: 17111317827 04/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,888.00 |
| 04/18/2023 | Online Transfer to CHK ...1561 t ransaction#: 17119850352 04/18 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -200.00 |
| 04/19/2023 | Online Transfer to CHK ...1561 t ransaction#: 17129766772 04/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,087.50 |
| 04/19/2023 | Online Transfer to CHK ...1579 t ransaction#: 17129772137 04/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -900.00 |
| 04/19/2023 | Online Transfer to CHK ...1561 t ransaction#: 17128299375 04/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -7,200.00 |
| 04/19/2023 | Online RealTime vendor payment 11016677234 Payment Id REFERENCE#: 1016677234RX to Mariam Moldenhauer 8691 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 04/19/2023 | Online Transfer to CHK ...1561 t ransaction#: 17129784684 04/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -800.00 |
| 04/19/2023 | Online Transfer to CHK ...1561 t ransaction#: 17130709330 04/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -559.26 |
| 04/25/2023 | Online Transfer to CHK ...1561 t ransaction#: 17178004376 04/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -98.00 |
| 04/25/2023 | Online Transfer to CHK ...1561 t ransaction#: 17177986456 04/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,700.00 |
| 04/25/2023 | Online Transfer to CHK ...1561 t ransaction#: 17177630284 04/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,750.00 |
| 04/28/2023 | Online Transfer to CHK ...1561 t ransaction#: 17210391943 04/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,000.00 |
| 05/01/2023 | Online Transfer to CHK ...1561 t ransaction#: 17236842112 05/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -511.00 |
| 05/03/2023 | Online Transfer to CHK ...1561 t ransaction#: 17253124368 05/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -511.00 |
| 05/04/2023 | Online Transfer to CHK ...1561 t ransaction#: 17263822413 05/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,118.01 |
| 05/11/2023 | Online Transfer to CHK ...1561 t ransaction#: 17322902261 05/11 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -878.55 |
| 05/12/2023 | Online Transfer to CHK ...1561 t ransaction#: 17338754752 05/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -10,835.00 |
| 05/15/2023 | Online Transfer to CHK ...1561 t ransaction#: 17361119517 05/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 05/15/2023 | Online Transfer to CHK ...1561 t ransaction#: 17345713258 05/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -150.00 |
| 05/15/2023 | Online Transfer to CHK ...1561 t ransaction#: 17359291334 05/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -950.00 |
| 05/15/2023 | Online Transfer to CHK ...1561 t ransaction#: 17362898853 05/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -350.00 |
| 05/17/2023 | Online Transfer to CHK ...1561 t ransaction#: 17378933223 05/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,125.04 |
| 05/17/2023 | Online Transfer to CHK ...1561 t ransaction#: 17376714494 05/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| 05/18/2023 | Online Transfer to CHK ...1561 t ransaction#: 17387526291 05/18 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,166.00 |
| 05/24/2023 | Online Transfer to CHK ...1561 t ransaction#: 17432709943 05/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -600.00 |
| 05/24/2023 | Online Transfer to CHK ...1561 t ransaction#: 17434639901 05/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,236.02 |
| 05/25/2023 | ONLINE DOMESTIC WIRE TRANSFER VI A: BK AMER NYC/026009593 A/C: UNITED EMPLOYEE SERVICES CLEARWATER FL 33763 US REF: APPLIED PEDIATRICS PAYROLL-PARTIAL PAYMENT IMAD: 0525B1QGC01C009665 TRN: 3173333145ES 05/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -10,000.00 |
| 05/26/2023 | Online Transfer to CHK ...1561 t ransaction#: 17453039818 05/26 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -687.55 |

| Date | Description | | | Amount |
|------|-------------|---|---|-------:|
| 05/26/2023 | Online Transfer to CHK ...1561 t ransaction#: 17452973744 05/26 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -57.87 |
| 06/01/2023 | Online Transfer to CHK ...1561 t ransaction#: 17501473870 06/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -18,219.79 |
| 06/02/2023 | Online Transfer to CHK ...1561 t ransaction#: 17514636370 06/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -55.00 |
| 06/05/2023 | Online Transfer to CHK ...1561 t ransaction#: 17542410595 06/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -800.00 |
| 06/14/2023 | Applied Payroll | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -15,000.00 |
| 06/14/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -9,000.00 |
| 06/16/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/16 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,108.50 |
| 06/26/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/26 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -5,404.49 |
| 06/27/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/27 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 06/28/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -30,000.00 |
| 06/29/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -10,000.00 |
| 06/30/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/30 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -491.50 |
| 06/30/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 06/30 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,887.15 |
| 06/30/2023 | Online ACH Payment XXXXXXXXXX To AngelaWall (_#########0476) | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -100.00 |
| 07/02/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -810.11 |
| 07/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -130.00 |
| 07/06/2023 | Online ACH Payment XXXXXXXXXX To Cecilia (_#####2285) | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 07/07/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/XXXXXXXXX A/C: UNITED EMPLOYEE SERVICES CLEARWATER FL REF: ATLANTAPEDIATRICTHERAPY PAYROLL IMAD: X707B1Q GCXXCXXXXXX TRN: XXXXXXXXXXES 07/07 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -9,000.00 |
| 07/13/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/13 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -181.54 |
| 07/14/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,500.00 |
| 07/18/2023 | Online Transfer from CHK ...XXXX transaction#: XXXXXXX0680 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | 100.00 |
| 07/19/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -134.62 |
| 07/25/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -600.00 |
| 07/25/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 07/26/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/XXXXXXXXX A/C: UNITED EMPLOYEE SERVICES CLEARWATER FL XXXXX US REF: PAYMENT TO LOAN IMAD: XXXXBXQGCXXCXX2143 TRN: XXXXXXXXXXES 07/26 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -17,091.18 |
| 07/27/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 07/27 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 08/01/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -57.32 |
| 08/01/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 08/02/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -630.00 |
| 08/02/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 08/02/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -725.00 |
| 08/02/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -44.00 |
| 08/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -200.00 |
| 08/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,390.00 |
| 08/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,688.00 |
| 08/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| 08/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,018.01 |
| 08/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -222.00 |
| 08/07/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/XXXXXXXXX A/C: UNITED EMPLOYEE SERVICES CLEARWATER FL X3763 US REF: APPLIED PEDIATRICS PAYROLL LOAN REPAYMENT IMA D: XXXXBXQGCXXCXXXXXX TRN: XXXXXXXXXXES 08/07 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -8,545.59 |
| 08/09/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/09 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -260.00 |
| 08/14/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 08/14/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -5,340.00 |
| 08/14/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -14,021.00 |
| 08/16/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/16 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,725.19 |
| 08/16/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/16 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -100.00 |
| 08/21/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/21 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -240.91 |
| 08/22/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/22 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -50.00 |
| 08/22/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/22 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 08/23/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/23 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -800.00 |

| Date | Description | | Account | Amount |
|---|---|---|---|---|
| 08/29/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -140.40 |
| 08/29/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 08/30/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 08/30 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -700.00 |
| 08/31/2023 | Jaypee & Rosallie Salary 50% | Due To Applied Pediatrics, Inc | -Split- | -1,200.00 |
| 09/03/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -605.00 |
| 09/03/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 09/06/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -200.00 |
| 09/08/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/08 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -200.00 |
| 09/09/2023 | ORIG CO NAME:CAPITAL ONE ORIG ID:XXXXXXXXXX DESC DATE:XXXXXX CO ENTRY DESCR:MOBILE PMTSEC:WEB TRACE#:XXXXXXXXXXXXXXX EED:XXXX1 IND ID:3SAYTK25KYVXFRF IND NAME: GEORGE S ROSERO TRN: XXXXXX4514TC | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -300.00 |
| 09/11/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/11 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -50.00 |
| 09/12/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 09/12/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 09/14/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/14 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,000.00 |
| 09/14/2023 | 50% Cost of Salary Move to Applied for Jaypee,Rosalie and Full Salary of Mary | Due To Applied Pediatrics, Inc | -Split- | -734.32 |
| 09/16/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/18 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -5.13 |
| 09/18/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/18 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -4,250.00 |
| 09/19/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/19 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -155.06 |
| 09/20/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/20 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 09/20/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/20 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -300.00 |
| 09/21/2023 | Online RealTime vendor payment XXXXXXXXXX Payment Id REFERENCE#: XXXXXXXXXXXRX to Amy Aguayo 7669 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -60.00 |
| 09/28/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 09/28/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| 09/28/2023 | ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/XXXXXXXXX A/C: UNITED EMPLOYEE SERVICES CLEARWATER FL XXXXX US REF: APPLIED PEDIATRICS PAYROLL PAYMENT IMAD: 0928 BXQGCXXCXXXXXX TRN: XXXXXXXXXXES 09/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -6,000.00 |
| 09/29/2023 | 50% Cost of Salary Move to Applied for Jaypee,Rosalie and Full Salary of Mary | Due To Applied Pediatrics, Inc | -Split- | -1,625.00 |
| 09/29/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,543.00 |
| 09/29/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 09/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -140.40 |
| 09/30/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -450.00 |
| 10/03/2023 | ALLSTATE *PAYMENT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -42.50 |
| 10/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,225.28 |
| 10/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/04 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -1,038.00 |
| 10/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 10/04/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/04 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -35.53 |
| 10/06/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -900.00 |
| 10/09/2023 | Indeed Jobs | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -120.00 |
| 10/09/2023 | Indeed Jobs | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -500.92 |
| 10/10/2023 | CHECK # 1432 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -100.00 |
| 10/11/2023 | Online ACH Payment XXXXXXXXXX To AmyAguayo (_#########7669) | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -30.00 |
| 10/11/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/11 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,566.60 |
| 10/12/2023 | ORIG CO NAME:CAPITAL ONE ORIG ID:XXXXXXXXXX DESC DATE:XXXXXX CO ENTRY DESCR:MOBILE PMTSEC:WEB TRACE#:XXXXXXXXXXXXXXX EED:XXXX12 IND ID:3SHXXDGNS2PCHZU IND NAME: GEORGE S ROSERO TRN: XXXXXX1110TC | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,800.00 |
| 10/12/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,106.00 |
| 10/13/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/13 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -5,266.05 |
| 10/13/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/13 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -5.15 |
| 10/16/2023 | To enter the correct amount of balance | Due To Applied Pediatrics, Inc | -Split- | -5,999.44 |
| 10/17/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,748.00 |
| 10/17/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -144.00 |
| 10/17/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -36.00 |
| 10/17/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/17 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -9,000.00 |
| 10/18/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/18 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 10/18/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXX 10/18 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -285.15 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 10/19/2023 | LANIER PARKING 21063400 | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -6.00 |
| 10/20/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXXX 10/20 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -200.00 |
| 10/21/2023 | Indeed Jobs | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -501.42 |
| 10/21/2023 | TIME DOCTOR | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -120.00 |
| 10/23/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -6.99 |
| 10/23/2023 | SXM*SIRIUSXM.COM/ACCT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -23.05 |
| 10/23/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -2.99 |
| 10/23/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -18.99 |
| 10/23/2023 | QT 709 | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -22.40 |
| 10/24/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXXX 10/24 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -300.00 |
| 10/25/2023 | Online Transfer to CHK ...XXXX transaction#: XXXXXXXXXXX 10/25 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 10/25/2023 | ATT*BILL PAYMENT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -80.30 |
| 10/26/2023 | Online RealTime vendor payment XXXXXXXXXXX Payment Id REFERENCE#: XXXXXXXXXXXRX to Amy Aguayo 7669 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -30.00 |
| 10/26/2023 | ALLSTATE *PAYMNT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -78.90 |
| 10/28/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -16.99 |
| 10/28/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -9.99 |
| 10/28/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -0.99 |
| 10/28/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -23.98 |
| 10/31/2023 | Online Transfer to CHK ...1561 transaction#: 18869328101 10/31 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -440.40 |
| 10/31/2023 | Online Transfer to CHK ...1561 transaction#: 18871078839 10/31 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -284.67 |
| 10/31/2023 | Online Transfer to CHK ...1561 transaction#: 18871287078 10/31 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -8,866.50 |
| 10/31/2023 | 50% Salary of Jaypee and Rosalie move to AP | Due To Applied Pediatrics, Inc | -Split- | -1,332.24 |
| 11/01/2023 | Online Transfer to CHK ...1561 transaction#: 18881402544 11/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -400.00 |
| 11/02/2023 | Online ACH Payment 11113161760 To AmyAguayo (_########7669) | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -30.00 |
| 11/02/2023 | ALLSTATE *PAYMENT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -42.50 |
| 11/02/2023 | Indeed Jobs | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -257.91 |
| 11/02/2023 | AMZN Mktp US*PP86M3JE3 | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -18.42 |
| 11/02/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -9.99 |
| 11/06/2023 | Online Transfer to CHK ...1561 transaction#: 18933995803 11/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -100.00 |
| 11/06/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -0.99 |
| 11/07/2023 | TOPECHELON.COM 11-06 330-455-1433 OH 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -441.50 |
| 11/09/2023 | Indeed Jobs 11-08 800-4625842 TX2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -120.00 |
| 11/09/2023 | TOPECHELON.COM 11-08 330-455-1433 OH 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -30.17 |
| 11/10/2023 | Online Transfer to CHK ...1579 transaction#: 18976998821 11/10 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 11/11/2023 | APPLE.COM/BILL | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -2.99 |
| 11/14/2023 | Online Transfer to CHK ...1561 transaction#: 19003638122 11/14 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -5,900.00 |
| 11/14/2023 | Indeed Jobs 11-13 800-4625842 TX2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -503.17 |
| 11/15/2023 | Online Transfer to CHK ...1561 transaction#: 19012595994 11/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -300.00 |
| 11/15/2023 | Online Transfer to CHK ...1561 transaction#: 19018267342 11/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,120.00 |
| 11/15/2023 | Online Transfer to CHK ...1561 transaction#: 19012325157 11/15 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -2,000.00 |
| 11/17/2023 | ALLSTATE *PAYME 11-16 800-255-7828 IL 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -1,716.85 |
| 11/24/2023 | Indeed 86031389 11-22 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -505.63 |
| 11/24/2023 | SXM*SIRIUSXM.COM/ACCT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -23.05 |
| 11/27/2023 | ATT* BILL PAYMENT 11-25 800-331-0500 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -948.42 |
| 11/27/2023 | ATT*BILL PAYMENT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -80.30 |
| 11/28/2023 | INTUIT *TSheets 11-27 CL.INTUIT.COM CA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -204.00 |
| 11/28/2023 | INTUIT *QBooks Onl 11-27 CL.INTUIT.COM CA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -90.00 |
| 11/29/2023 | TOPECHELON.COM 11-28 330-455-1433 OH 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -1.30 |
| 11/29/2023 | BambooHR HRIS 11-28 866-3879595UT 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -147.60 |
| 11/30/2023 | QT 709 11-28 ATLANTA GA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -4.70 |

| Date | Description | Due To | Account | Amount |
|---|---|---|---|---|
| 11/30/2023 | Online Transfer to CHK ...1561 transaction#: 19146805672 11/30 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -26,000.00 |
| 11/30/2023 | Online Transfer to CHK ...1561 transaction#: 19149368080 11/30 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -22,000.00 |
| 11/30/2023 | 50% Salary move to Applied - Jaypee & Rosallie | Due To Applied Pediatrics, Inc | -Split- | -1,367.50 |
| 12/04/2023 | TOPECHELON.COM 12-01 330-455-1433 OH 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -499.50 |
| 12/04/2023 | ZOOM.US 888-799-96 12-03 WWW.ZOOM.US CA 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -15.99 |
| 12/04/2023 | CHEVRON 0205589 12-03 NEWNAN GA2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -28.89 |
| 12/04/2023 | Indeed 866194467 12-01 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -243.31 |
| 12/04/2023 | SHOYA JAPANESE RES 12-02 DORAVILLE GA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -91.00 |
| 12/04/2023 | TOUS LES JOURS DOR 12-01 DORAVILLE GA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -10.63 |
| 12/05/2023 | Online Transfer to CHK ...1579 transaction#: XXXXXXX0245 12/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 12/05/2023 | Online Transfer to CHK ...1561 transaction#: XXXXXXX0700 12/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -200.00 |
| 12/05/2023 | ALLSTATE *PAYMN 12-04 800-255-7828 IL 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -157.88 |
| 12/06/2023 | Online Transfer to CHK ...1579 transaction#: XXXXXXX4189 12/06 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -991.69 |
| 12/06/2023 | ATT*BILL PAYMENT | Due To Applied Pediatrics, Inc | Capital One Spark Visa-3090/6620* | -139.97 |
| 12/07/2023 | GSHA 12-06 407-774-7880 GA 2581DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -250.00 |
| 12/08/2023 | CHECKR, INC CHECKR 12-07 HTTPSCHECKR.C CA 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -45.75 |
| 12/08/2023 | BambooHR HRIS 12-07 866-3879595UT 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -147.60 |
| 12/11/2023 | Indeed 86830561 12-08 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -120.00 |
| 12/12/2023 | ZOOM.US 888-799-96 12-11 WWW.ZOOM.US CA 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -15.99 |
| 12/12/2023 | ATT* BILL PAYMENT 12-11 800-331-0500 TX 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -460.39 |
| 12/12/2023 | ASSOC CAREER CENTE 12-11 WEBSCRIBBLE.C NY 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -350.00 |
| 12/12/2023 | INTERMEDIA.NET INC 12-11 800-379-7729 WA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -106.34 |
| 12/12/2023 | Online Transfer to CHK ...1561 transaction#: XXXXXXX6788 12/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -3,571.00 |
| 12/19/2023 | Indeed 86999822 12-19 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -500.53 |
| 12/20/2023 | TIME DOCTOR 12-19 HTTPSTIMEDOCTNV 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -120.00 |
| 12/26/2023 | ALLSTATE *PAYME 12-23 800-255-7828 IL 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -1,716.86 |
| 12/26/2023 | SAMS CLUB SAM'S CLUB 12-24-23 ATLANTA 2581 DEBIT CARD PURCHASE-PIN | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -36.51 |
| 12/26/2023 | SAMSCLUB #6643 12-24 ATLANTA GA2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -189.44 |
| 12/28/2023 | New Bank Account from Applied | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -300.00 |
| 12/28/2023 | INTUIT *QBooks Onl 12-27 CL.INTUIT.COM CA 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -294.00 |
| 12/28/2023 | Online Transfer to CHK ...1561 transaction#: XXXXXXX4238 12/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -19,065.99 |
| 12/28/2023 | Online Transfer to CHK ...1561 transaction#: XXXXXXX5848 12/28 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -12,000.00 |
| 12/28/2023 | Online ACH Payment XXXXXXX0783 To JillTorres (_########5590) | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -131.25 |
| 12/28/2023 | | Due To Applied Pediatrics, Inc | -Split- | -300.00 |
| 12/29/2023 | 50% Salary move to Applied - Jaypee & Rosallie | Due To Applied Pediatrics, Inc | -Split- | -1,357.23 |
| 12/29/2023 | Online Transfer to CHK ...1561 transaction#: XXXXXXX5267 12/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -1,896.00 |
| 12/29/2023 | Online Transfer to CHK ...1561 transaction#: XXXXXXX1128 12/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -0.50 |
| 12/29/2023 | To move the balance of APT UES Payroll | Due To Applied Pediatrics, Inc | -Split- | -10,958.30 |
| 01/02/2024 | TOPECHELON.COM 01-01 330-455-1433 OH 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -499.50 |
| 01/02/2024 | Indeed 87158682 12-29 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -501.47 |
| 01/03/2024 | Online Transfer to CHK ...1561 transaction#: XXXXXXX4031 01/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -157.00 |
| 01/03/2024 | Online Transfer to CHK ...1579 transaction#: XXXXXXX3255 01/03 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -250.00 |
| 01/05/2024 | ZOOM.US 888-799-96 01-04 WWW.ZOOM.US CA 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -15.99 |
| 01/05/2024 | Online Transfer to CHK ...1579 transaction#: XXXXXXX9343 01/05 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -588.47 |
| 01/06/2024 | Loan to Pay Alexis and move to Applied | Due To Applied Pediatrics, Inc | -Split- | -360.00 |
| 01/08/2024 | BambooHR HRIS 01-07 866-3879595UT 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -147.60 |
| 01/11/2024 | INTERMEDIA.NET INC 01-10 800-379-7729 WA 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -106.33 |
| 01/12/2024 | Online Transfer to CHK ...1561 transaction#: XXXXXXX4397 01/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -6,820.00 |
| 01/12/2024 | Online Transfer to CHK ...1579 transaction#: XXXXXXX3852 01/12 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -150.00 |
| 01/12/2024 | ATT* BILL PAYMENT 01-11 800-331-0500 TX 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -453.39 |

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 01/16/2024 | Apt Chase Income PAYMENT ID BBT212851126 ZELLE BUSINESS PAYMENT TO | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -125.00 |
| 01/18/2024 | Online Transfer to CHK …1561 transaction#: XXXXXXX3159 01/18 ORIG CO NAME:Wise Inc ORIG ID:XXXXXX3521 DESC DATE:240118 CO ENTRY DESCR:WISE SEC:CCD | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -350.00 |
| | TRACE#:XXXXXXXX1085277 EED:240118 IND ID:Jan 15 2023 Pay IND NAME:Applied Pediatrics Inc XXXX0533 | | | |
| 01/18/2024 | TRN: XXXXXX5277 TC | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -289.74 |
| 01/22/2024 | ALLSTATE *PAYMN 01-20 800-255-7828 IL 2581 DEBIT CARD RECURRING PYMT | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -81.23 |
| 01/22/2024 | Indeed 88008228 01-19 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -500.56 |
| 01/23/2024 | Online Transfer to CHK …1561 transaction#: XXXXXXX1486 01/23 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -428.00 |
| 01/29/2024 | Online Transfer to CHK …1579 transaction#: XXXXXXX1484 01/29 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| 01/31/2024 | Online RealTime vendor payment XXXXXXX1813 Payment Id REFERENCE#: XXXXXX1813RX to Jill Torres 5590 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -165.00 |
| 01/31/2024 | ALLSTATE *PAYME 01-30 800-255-7828 IL 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -589.11 |
| 01/31/2024 | Indeed 88203423 01-30 800-4625842 TX 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -508.18 |
| 01/31/2024 | To close the open invoice - received payment to applied | Due To Applied Pediatrics, Inc | -Split- | -1,376.92 |
| 01/31/2024 | To close the open invoice - received payment to applied | Due To Applied Pediatrics, Inc | -Split- | -855.00 |
| 02/01/2024 | Online Transfer to CHK …1561 transaction#: XXXXXXS417 02/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -350.00 |
| 02/01/2024 | Online Transfer to CHK …1561 transaction#: XXXXXXX1993 02/01 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -350.00 |
| 02/01/2024 | Online Transfer to CHK …1561 transaction#: XXXXXXX2036 02/01 | Due To Applied Pediatrics, Inc | Chase-APT Income 3105 * | -5,255.15 |
| 02/02/2024 | TOPECHELON.COM 02-01 330-455-1433 OH 2581 DEBIT CARD PURCHASE | Due To Applied Pediatrics, Inc | Truist Operating Account # 8115 | -499.50 |
| 02/02/2024 | Online Transfer to CHK …1561 transaction#: XXXXXXX7679 02/02 | Due To Applied Pediatrics, Inc | Chase-OPEX 3097* | -500.00 |
| | **TOTAL** | | | **-$ 651,730.31** |

## United States Bankruptcy Court
### Northern District of Georgia

In re  __Atlanta Pediatric Therapy, Inc.__

Debtor(s)

Case No.  __24-51457__

Chapter  __11__

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George Rosero** | **Equity** | **100** | **Equity** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __February 29, 2024__

Signature  __/s/ George Rosero__

__George Rosero__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Georgia**

In re    **Atlanta Pediatric Therapy, Inc.**                                    Case No.    __24-51457__
                                                    Debtor(s)                   Chapter    __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __February 29, 2024__              __/s/ George Rosero__
                                            **George Rosero/President**
                                            Signer/Title

Accolade Consultants
8308 Dr Office Park
Douglasville, GA 30134


Applied Pediatrics Inc.
6035 Peachtree Road
Ste. C120
Atlanta, GA 30360


Atipana Credit
25 SE 2nd Ave
Ste 550 PMB 79
Miami, FL 33131


Availity
PO Box 844793
Dallas, TX 75284


Capital One Spark Business
Attn: Ricahrd D. Fairbank
1680 Capital One Dr.
Mc Lean, VA 22102


CFG Merchant Solutions
180 Maiden Ln
Suite 1502
New York, NY 10038


Checkr
1 Montgomery St, Suite 2400
San Francisco, CA 94104


Chris Carr, Attorney Genr'l GA
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Cintas Fire
PO Box 636525
Cincinnati, OH 45263


CSC, as rep
P.O. Box 2576
Springfield, IL 62708


CT Corporation System, as rep.
330 N Brand Blvd
Suite 700; Attn: SPRS
Glendale, CA 91203


E3 Diagnostics
3333 N. Kennicott Ave
Arlington Heights, IL 60004


Eminent Funding, LLC
1202 Avenue Ste 1115
Brooklyn, NY 11229


Experity
8777 Vlocity Dr
Machesney Park, IL 61115


Forest Captial
Post Office Box 978
Brooklandville, MD 21022


Funding Metrics, LLC (Lendini)
1 Evertrust Plaza
Suite 1101
Jersey City, NJ 07302


Fundr Capital, Inc.
43 W 23rd Street
New York, NY 10010

George Rosero
1740 Centry Circle NE
Apt. 1375
Atlanta, GA 30345


Georgia Deparment of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348


Georgia Department of Labor
Suite 900
148 Andew Young Internat'l Blv
Atlanta, GA 30303


Jeong Oh America LLC
45 Old Peachtree Rd NW Ste 700
Suwanee, GA 30024


Kimberly Rosero
1551 Crestline Drive NE
Atlanta, GA 30345


Lending Funding Metrics
3220 Tillman Drive, Suite 200
Bensalem, PA 19020


Liquidibee 1 LLC
2999 NE 19th St.
Miami, FL 33180


Modio Health Inc.
2228 W. Great Neck Rd
Suite 205
Virginia Beach, VA 23451


Office of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224

Payroll Funding Company LLC
10956 Viaje Avenue
Las Vegas, NV 89135


Raintree
30650 Rancho California Rd
Ste 406 # 208
Temecula, CA 92591


Reminder.call
115 E. Stevens Ace
Suite 300
Valhalla, NY 10595


RPT LLC
Promenade at Pleasant Hill
PO Box 350018
Duluth, GA 30096


Sfax
PO Box 102011
Pasadena, CA 91189


U.S. Attorney
600 Richard B. Russell Buildin
75 Ted Turner Drive, SW
Atlanta, GA 30303


U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203

```
Wells Fargo Equipment Finance
733 Marquette Ave., Suite 700
MAC N9306-070
Minneapolis, MN 55402
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  __Atlanta Pediatric Therapy, Inc.__                                           Case No.  __24-51457__

                                            Debtor(s)                  Chapter  __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Atlanta Pediatric Therapy, Inc.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**George Rosero**

☐ None [*Check if applicable*]

__February 29, 2024__                              /s/ Cameron M. McCord
Date                                             **Cameron M. McCord 143065**
                                                Signature of Attorney or Litigant
                                                Counsel for   **Atlanta Pediatric Therapy, Inc.**
                                                **Jones & Walden, LLC**
                                                **699 Piedmont Avenue NE**
                                                **Atlanta, GA 30308**
                                                **404-564-9300 Fax:404-564-9301**
                                                **info@joneswalden.com**